```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

DALLAS COUNTY, ALABAMA,      :
et al.,      :
     :
     Plaintiffs,      :
     :
v.      :     CIVIL ACTION 05-0350-M
     :
THE CITY OF SELMA, ALABAMA,      :
     :
     Defendant.      :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED** as this Court lacks jurisdiction over the matters presented herein.

DONE this 24th day of February, 2006.

                                     s/BERT W. MILLING, JR.
                                     UNITED STATES MAGISTRATE JUDGE